615 A.2d 731

**Carlos Aguirre GONZALES, a/k/a**
**Carlos Aguirre, Sr., Appellant,**

v.

**Kirsten AGUIRRE, Appellee.**

Supreme Court of Pennsylvania.

Submitted Sept. 21, 1992.

Decided Nov. 10, 1992.

Marvin J. Apple, Joel E. Hausman, Apple & Apple, P.C., Pittsburgh, for appellant.

Jon C. Botula, Jon C. Botula & Associates, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The appeal in the above-captioned case is hereby dismissed as having been improvidently granted.

296

ZAPPALA, J., did not participate in the consideration or decision of this case.

NIX, C.J., and LARSEN, J., note their dissent.